STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    Email:  chris.kaltsas2@usdoj.gov

Attorneys for United States of America

**FILED**

Sep 16 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTINA LUA, <br><br> Defendant. | CASE NO.  3-21-mj-71482 MAG <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on September 16, 2021, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

    x    Indictment

    ☐    Information

    ☐    Criminal Complaint

    ☐    Other (describe) _____

pending in the District of Massachusetts, Case Number CR 21-10208.

In that case (copy of indictment attached), the defendant is charged with a violation of Title 18,

United States Code, Section 1956(h) (money laundering conspiracy).

     The maximum penalties are as follows: twenty years of imprisonment; a fine of $500,000 or twice the value of the property involved in the transaction, whichever is higher; a three-year term of supervised release; and a $100 special assessment.

                                                                                     Respectfully Submitted,

                                                                                     STEPHANIE M. HINDS  
                                                                                     ACTING UNITED STATES ATTORNEY

Date:  September 16, 2021                             /s/  
                                                                                     CHRIS KALTSAS  
                                                                                     Assistant United States Attorney