| | |
|---|---|
| 1 | GEOFFREY A. HANSEN |
| | Federal Public Defender |
| 2 | Northern District of California |
| | ELIZABETH FALK |
| 3 | Assistant Federal Public Defender |
| 4 | 19th Floor Federal Building - Box 36106 |
| | 450 Golden Gate Avenue |
| 5 | San Francisco, CA 94102 |
| | Telephone:   (415) 436-7700 |
| 6 | Facsimile:    (415) 436-7706 |
| | Email:          elizabeth_falk@fd.org |
| 7 | |
| 8 | Counsel for Defendant LUA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  | Case No.: CR 21-mj-71482 |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER FOR RELEASE FROM CUSTODY |
| CHRISTINA LUA, | |
| Defendant. | |

The U.S. Marshal Service and the Santa Rita Jail is ordered to release Ms. Lua forthwith. This is an own recognizance release. Ms. Lua is to submit a financial affidavit seeking the appointment of counsel on Monday, September 20 and to report to the District of Massachusetts as directed by counsel for the government.

[PROPOSED] STIPULATED ORDER
*PAYNE*, CR 18-337 JSC

IT IS SO ORDERED.

September 17, 2021
Dated

*[signature: Sallie Kim]*

THE HONORABLE SALLIE KIM
United States Magistrate Judge