AO 467 (Rev. 01/09; CAND version 05/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 3:21-mj-71482-MAG   Document 4   Filed 09/20/21   Page 1 of 1

**FILED**

Sep 20 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>CHRISTINA LUA,<br><br>Defendants. | Case No. 21-mj-71482-MAG-1  (SK)<br><br>Charging District: Massachusetts<br><br>Charging District's Case No.:<br>CR 21-10208 |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: September 20, 2021

_____
Sallie Kim
United States District Judge

*Transfer_No-Custody_CR_AO 467_CSA*
*rev. 3-19*